1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   RODRIGO PEREZ
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 09-368 EJG
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER
                                  )
12      v.                        ) Date:  September 25, 2009
                                  ) Time:  10:00 a.m.
13 RODRIGO PEREZ,                 ) Judge: Hon. Edward J. Garcia
                                  )
14              Defendant.        )
   _____)
15

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Perez, that the Court should vacate the status

19 conference scheduled for September 25, 2009, at 10:00 a.m., and reset

20 it for November 6, 2009, at 10:00 a.m.

21      Counsel for Mr. Perez awaits the forthcoming Pre-Plea Advisory

22 Guideline Presentence Investigation Report.  Counsel requires the

23 continuance in order to review the report with Mr. Perez, and to review

24 a forthcoming plea offer from the government.

25      It is further stipulated by the parties that the Court should

26 exclude the period from the date of this order through November 6,

27

28 STIPULATION AND [PROPOSED ORDER]         1                      09-368 EJG

2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Perez's request for a continuance outweigh the best interest of the public and Mr. Perez in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 21, 2009            Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: September 21, 2009            LAWRENCE G. BROWN
                                     United States Attorney

                                     /s/ M.Petrik for Michael D. Anderson
                                     _____
                                     MICHAEL D. ANDERSON
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 6, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: September 22, 2009            /s/ EdwardJ. Garcia__
                                     HON. EDWARD J. GARCIA
                                     United States District Judge